IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                        4:05-CR-00243-01-BRW

MARCUS DESHAWN HUNTER

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

Court convened on Friday, August 23, 2013, for a scheduled hearing on the government's motion to revoke supervised release (Doc. No. 64). Assistant United States Attorney Edward Onassis Walker was present for the government. Defendant Marcus Hunter appeared in person with his attorney, Assistant Federal Public Defender Justin Eisele. United States Probation Officer Dorahn Garman was also present.

Defendant orally moved to modify the current conditions of supervised release. There being no objection from the government, the Court grants the oral motion. Therefore, Mr. Hunter's conditions of supervised release are modified to include:

Six months of Home Confinement with Location Monitoring Program, under the direction and guidance of the probation officer. Defendant is directed to remain at his place of residence at specific times to be determined by your probation officer. At the direction of the probation officer, Defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. Costs of electronic monitoring will be paid by Defendant. If Defendant is unable to pay the full cost, the probation office shall determine the amount Defendant will be responsible for paying.

2

All other conditions of supervised release imposed by this Court remain in place. The motion to revoke supervised release (Doc. No. 64) is DENIED.

IT IS SO ORDERED this 23rd day of August, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE